**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  26-mj-8257-WM

UNITED STATES OF AMERICA

v.

ELMERSON MISAEL AMAYA-GUTIERREZ,
a/k/a "Elmerson Misael Guitierrez Amaya,"

_____ /
              **Defendant.**

FILED BY_____SW_____D.C.

Apr 6, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____
KATIE WILSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 1026417
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 209-1043
Fax:   (561) 820-8777
Email:  Katie.Wilson2@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ELMERSON MISAEL AMAYA-GUTIERREZ,<br>a/k/a "Elmerson Misael Guitierrez Amaya,"<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.   26-mj-8257-WM<br>)<br>)<br>) |

FILED BY_____ **SW** ____D.C.

**Apr 6, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 20, 2026 _____ in the county of _____ Palm Beach _____ in the

____ Southern ____ District of _____ Florida _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal Re-entry After Deportation or Removal |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Agent Richard Soto Valentin, Border Patrol
*Printed name and title*

Sworn to and attested to me by applicant by
telephone (Facetime) per the requirements of
Fed. R. Crim. P.4 (d) and 4.1.

Date:  April 6, 2026

_____
*Judge's signature*

City and state:  _____ West Palm Beach, FL _____

William Matthewman, Chief U.S. Magistrate Judge
*Printed name and title*

**<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>**

I, Richard Soto Valentin, being duly sworn, depose and state as follows:

1.      I am a Border Patrol Agent ("BPA") for the U.S. Department of Homeland Security, United States Border Patrol, and have served in this position for nineteen (19) years.  I am currently assigned to the West Palm Beach Border Patrol Station in Riviera Beach, Florida.  Previously, from January 2019 to June 2022, I was assigned as a Prosecution Agent to the West Palm Beach Station. From February 2015 to March 2017, I was detailed to the Drug Enforcement Administration ("DEA") Resident Office in Port St Lucie, Florida.  During my tenure at the DEA, I handled criminal investigations pertaining to narcotics and alien smuggling, as well as money laundering.  From March 2012 to June 2014, I was detailed to Homeland Security Investigations ("HSI") in Arecibo, Puerto Rico. During my tenure at HSI, I handled criminal investigations pertaining to narcotics and alien smuggling, as well as money laundering and illegal weapons violations.  Prior to becoming a Federal Agent, I was a state Criminal Investigator in the Puerto Rico Police Department for a period of eleven (11) years.  I was assigned to the Narcotic Division as a Criminal Investigator.  I have attended the United States Border Patrol Agent Academy, at the Federal Law Enforcement Training Center, in Artesia, New Mexico.  I have received specialized training regarding the investigation and enforcement of United States Immigration Laws.  In the capacity of a Border Patrol Agent, I am charged with enforcing federal administrative and criminal laws under Titles 8, 18, 19, and 21 of the United States Code.  As a federal law enforcement agent, I have the authority to conduct investigations, make arrests, execute search warrants, and take sworn statements.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Elmerson Misael AMAYA-GUTIERREZ ("AMAYA-GUTIERREZ"), also known as Elmerson Misael Guitierrez Amaya, committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 8 USC 1326(a) and (b)(1).

3.      On or about March 20, 2026, at 0405 hours Florida Highway Trooper (FHT) Jacques Thesee was on routine patrol going southbound on Interstate 95 (State Road 9) just north of Donald Ross Road. FHT Thesee observed a white Toyota Corolla vehicle with very dark window tint in the center lane. FHT Thesee then proceeded to go to the center lane from the inside center lane and conducted a traffic stop on the vehicle. The vehicle stopped on the left shoulder. FHT Thesee contacted the driver through the driver's window and explained the reason for the traffic stop. FHT Thesee requested the driver's license, registration and proof of insurance. The driver gave FHT Thesee an El Salvador ID card, and the vehicle's registration. FHT Thesee asked the driver if he has or had a driver's license from the United States and the driver said no. FHT Thesee identified the driver by his EL Salvador ID card (054172558) as Mr. Elmerson Misael Gutierrez Amaya with a date of birth 09/09/1991.

4.      FHT Thesee was deputized by the federal government under 287G and was granted the authority to conduct immigration enforcement to identify individuals after acquiring reasonable suspicion of immigration status. Due to AMAYA-GUTIERREZ not providing a valid driver's license and inability to verify his legal entry

into the United States, FHT Thesee contacted the US Border Patrol via telephone and requested a query check on the driver. The checks returned and revealed that AMAYA-GUTIERREZ did not have legal status in the United States. FHT Thesee charged AMAYA-GUTIERREZ with the following violations of Florida law: No driver license, in violation of Florida Statute 322.03(1), and Windshields sunscreen material on, in violation of Florida Statute 316.2952 (2).

5.      FHT Thesee detained AMAYA-GUTIERREZ and transported him to the Border Patrol station in Riviera Beach, Florida for further processing and investigation.

6.      At the station, AMAYA-GUTIERREZ's fingerprints were entered into the e3/New Generation Identification system, which queries the Department of Homeland Security (DHS) database, as well as the Federal Bureau of Investigation (FBI) database. The query on AMAYA-GUTIERREZ's fingerprints resulted in a positive match indicating that he had a prior immigration history under alien registration file A******477. The immigration electronic records and alien file assigned to AMAYA-GUTIERREZ show that he is a native and citizen of El Salvador.

7.      Further Investigation revealed that on or about October 11, 2021, AMAYA-GUTIERREZ was found guilty in the Circuit Court of the Nineteenth Judicial Circuit of the State of Florida for the offense of Child Abuse (reduced), in violation of Florida Statute 827.03(1A) and sentenced to 48 months in prison.

8.      Immigration records show that on or about June 26, 2023, while AMAYA-GUTIERREZ was incarcerated for the Child Abuse charge, Immigration and Customs Enforcement/Enforcement and Removal Operation (ICE/ERO) encountered and arrested AMAYA-GUTIERREZ at the Florida Department of Corrections - Okaloosa

3

Correctional Institution. At that time, it was determined that AMAYA-GUTIERREZ was illegally present in the United States. AMAYA-GUTIERREZ was subsequently processed as a WA/NTA - Warrant of Arrest/Notice to Appear. On or about November 08, 2023, an Immigration Judge ordered AMAYA-GUTIERREZ's removal from the United States. On or about April 12, 2024, AMAYA-GUTIERREZ was removed from ALEXANDRIA, LA to his native country, El Salvador.

9.      A record check was performed through the Department of Homeland Security (DHS) CLAIMS database to determine if AMAYA-GUTIERREZ applied for or received permission from the appropriate government officials to lawfully reenter the United States after his deportation or removal. After a search was performed in that database system, no evidence was found indicating that AMAYA-GUTIERREZ had applied for or received permission from the appropriate government officials to lawfully reenter the United States.

[Remainder of page intentionally left blank]

4

11.   Based on the foregoing, I submit that probable cause exists to believe that, on or about March 20, 2026, Elmerson Misael AMAYA-GUTIERREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 8 USC 1326(a) and (b)(1).

Richard Soto Valentin
Border Patrol Agent
United States Border Patrol

Sworn and Attested to by Applicant by Telephone (Facetime) in accordance with the requirements of Fed. R. Crim. P. 4(d) and 4.1, on this __6th__ day of April , 2026.

WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: ELMERSON MISAEL AMAYA-GUTIERREZ a/k/a "Elmerson Misael Guitierrez Amaya"

**Case No**:  26-mj-8257-WM

Illegal Reentry after Deportation or Removal

8 U.S.C. § 1326(a) and (b)(1)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000
* **Special Assessment**: $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**